1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9                         UNITED STATES DISTRICT COURT
10                        NORTHERN DISTRICT OF CALIFORNIA
11                              SAN JOSE  DIVISION
12

13 | UNITED STATES OF AMERICA, | )   No. CR 04-20041-02 JW
14 |     Plaintiff,            | )
15 | v.                        | )   STIPULATION AND [PROPOSED]
   |                           | )   ORDER CONTINUING OCTOBER 6,
   |                           | )   2009 HEARING TO OCTOBER 7, 2009
16 | MYRA BOLECHE MINKS,       | )   FOUND AS MOOT
17 |     Defendant.            | )
                                 )
18

19      The parties jointly stipulate and request that the October 6, 2009 supervised release
20 revocation hearing in the above reference matter should be continued to October 7, 2009 at 1:30
21 p.m.  Counsel for the government has a scheduling conflict on October 6, 2009, and will be
22 unavailable on that date.  Counsel has conferred with the clerk of the Court to verify the
23 availability of the October 7, 2009 date.

24 DATED:     September 2, 2009              /s/
25                                           ADAM PENNELLA
                                             Counsel to Myra Minks
26

27           September 2, 2009               /s/
                                             DANIEL R. KALEBA
28                                           Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 04-20041-02 JW

**ORDER**

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the revocation hearing in the above captioned matter be continued from October 6, 2009 to October 7, 2009 at 1:30 p.m.  IS FOUND AS MOOT. Please see the Clerk's Notice continuing this matter to **October 8, 2009 at 1:30 PM** (Docket Item No. 169)

DATED: September 10, 2009

_____
JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 04-20041-02 JW                              -2-