1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: daniel.kaleba@usdoj.gov

8  Attorneys for Plaintiff

9
                   UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE  DIVISION
12

13 UNITED STATES OF AMERICA,        )   No.CR 04-20041-02 JW
                                    )
14         Plaintiff,               )
                                    )
15      v.                          )   STIPULATION AND [PROPOSED]
                                    )   ORDER SETTING STATUS HEARING
16 MYRA BOLECHE MINKS,              )   FOR SEPTEMBER 28, 2009
                                    )
17         Defendant.               )
                                    )
18

19      The parties hereby jointly stipulate and request that the Court set the matter for status or

20 setting in the above referenced Form 12 supervised release proceeding for Monday, September

21 28, 2009 at 1:30 p.m.  The parties have discussed a proposed disposition in the matter, and may

22 be prepared to proceed with a disposition on Monday.  In the event a disposition is not reached,

23 the parties request the opportunity to appear on this date to set further dates to resolve this matter.

24

25 DATED:      September 25, 2009              /s/
                                         PAUL DELANO WOLF
26                                       Counsel to Myra Minks

27          September 25, 2009                 /s/
                                         DANIEL R. KALEBA
28                                       Assistant United States Attorney

STIPULATION AND [PROPOSED] ORDER
CR 04-20041-02 JW

**ORDER**

Based upon the representation of counsel and for good cause shown, IT IS HEREBY ORDERED that the above captioned matter be set for status or setting on September 28, 2009 at 1:30 p.m.

DATED: September 25, 2009

JAMES WARE
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 04-20041-02 JW                             -2-