1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  ANN MARIE E. URSINI (CABN 269131)
   Special Assistant United States Attorney
5     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5037
      Facsimile: (408) 535-5066
7     annmarie.ursini@usdoj.gov

8  Attorneys for the United States

9
                  UNITED STATES DISTRICT COURT
10
                NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,          )    No.    CR 04-20041-JW
14                                     )
            Plaintiff,                 )    STIPULATION AND [~~PROPOSED~~]
15                                     )    ORDER CONTINUING HEARING TO
       v.                              )    February 1, 2012
16                                     )
   MYRA MINKS,                         )
17                                     )
            Defendant.                 )
18                                     )
   _____)
19
          The parties, acting through respective counsel, hereby stipulate, subject to the Court's

20 approval, that the supervised release revocation hearing currently set for Wednesday, January 25

21 at 10:00am be vacated, and that the hearing be re-set for February 1, 2012 at 10:00am.  The

22 parties are jointly requesting the continuance.  Probation amended the Petition for Revocation

23 subsequent to setting of the January 25 date.  The parties seek additional time to review new

24 discovery and engage in discussions regarding a potential disposition.

25 //

26 //

27 //

28

                                          1

1

DATED: January 24, 2012

MELINDA HAAG
United States Attorney

2

3

____/s/_____

4

ANN MARIE E. URSINI
Special Assistant United States Attorney

5

6

____/s/_____

7

ERIK BABCOCK
Attorney for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for January 25, 2012 at 10:00am is vacated, and the matter is continued to February 1, 2012 at 10:00am.

IT IS SO ORDERED.

DATED:   1/24/12

_Lucy H. Koh_____

LUCY H. KOH
UNITED STATES DISTRICT JUDGE