1 ERIK BABCOCK (Cal. 172517)
2 LAW OFFICES OF ERIK BABCOCK
717 Washington St., 2d Floor
3 Oakland, CA 94607
(510) 452-8400 Tel
4 (510) 452-8405 Fax

5 Attorney for Defendant
6 MYRA BOLECHE MINKS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            No. CR 04-20041 JW

    Plaintiff,                       **STIPULATION AND PROPOSED**
                                     **ORDER CONTINUING STATUS**
v.                                   **HEARING ON FORM 12 (PETITION**
                                     **TO VIOLATE SUPERVISED RELEASE)**

MYRA BOLECHE MINKS,

    Defendant                    /

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, by and through their respective counsel, that the status hearing on the Form 12 currently scheduled for March 7, 2012, at 10:00 a.m. for Myra Minks, may be continued to April 4, 2012, at 9:00 a.m. It turns out that counsel for Ms. Minks has to attend a competency hearing in a homicide case in San Francisco at 9:00 a.m. on March 7, 2012 and is also unavailable on March 14. 2012. Counsel for the government is unavailable on

///

///

///

///

1  March 21, 2012. The parties seek additional time to review new discovery and engage in discussions

2  regarding a potential disposition.

3  DATED: March 6, 2012

 

 

                                  MELINDA HAAG
                                  United States Attorney

                By:    /S/Ann Marie E. Ursini
                        ANN MARIE E. URSINI
                        Special Assistant United States Attorney
                        Counsel for Plaintiff

                By:    /S/Erik Babcock
                        ERIK BABCOCK
                        Counsel for Defendant

## [~~PROPOSED~~] ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the hearing in this matter previously set for March 7, 2012 at 10:00 a.m is vacated, and the matter is continued to April 4, 2012 at 9:00 a.m.

IT IS SO ORDERED.

DATED: 3/6/12

                                  LUCY H. KOH
                                  UNITED STATES DISTRICT JUDGE